**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 658 EAL 2019

          Respondent               :

                                                :   Petition for Allowance of Appeal

                                                :   from the Order of the Superior Court

            v.                       :

                                                 :

STACEY CULBERT,                   :

                                                :

             Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 25th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.